UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLARENCE HOLSTON,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY JAMES HART, et al.,<br><br>Defendants. | No. 2:19-cv-0795 MCE KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 03, 2019, the magistrate judge filed findings and recommendations (ECF No. 7) herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

1

1. The findings and recommendations filed July 03, 2019 (ECF No. 7), are ADOPTED IN FULL;

2. This action is DISMISSED without prejudice, see Local Rule 110; Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE